# UNITED STATES DISTRICT COURT
for the
Southern District of California

United States of America )
v. )
CHRISTOPER Baum EGBERT ) Case No. 19mj9640
_Defendant_ )
)

### STIPULATED CONTINUANCE OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1.

I agree to continue my preliminary hearing date to the date of my arraignment for the following reason(s):
- ☐ to obtain/review discovery
- ☒ to obtain/consider a pre-indictment offer from the United States
- ☒ other reason:

Date: 6/4/19

_Defendant's signature_

/s John C. Lemon
_Signature of defendant's attorney_

JOHN C. LEMON
_Printed name and bar number of defendant's attorney_

1350 Columbia Street, San Diego
_Address of defendant's attorney_

john@jcl-lawoffice.com
_E-mail address of defendant's attorney_

619-794-0423
_Telephone number of defendant's attorney_

For good cause, taking into account the public interest in the prompt disposition of criminal cases, and with the defendant's consent, the Court continues the preliminary hearing date to  6/27/19  .

Date: 6/11/19

_United States Magistrate Judge_