```
                                                    FILED

                                              19 JUN 26 PM 3:34

                                           CLERK, U.S. DISTRICT COURT
                                         SOUTHERN DISTRICT OF CALIFORNIA

                                         BY:        as      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2018 Grand Jury  **19CR2422W**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER BRIAN EGBERT,<br><br>　　　　　Defendant. | Case No. _____<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(1)(A)(ii) –<br>Transportation of Certain Aliens |

The grand jury charges:

### Counts 1-5

On or about June 2, 2019, within the Southern District of California, defendant CHRISTOPHER BRIAN EGBERT, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that the aliens below, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law:

//
//
//

NJH:cms(nlv):Imperial:6/25/19

| Count | Name |
|---|---|
| 1 | Faustino Castillo-Victoriano |
| 2 | Fidel Hernandez-Garcia |
| 3 | Mario Moreno-Penafort |
| 4 | Lucas Olea-Galvez |
| 5 | Cristian Soto-Hernandez |

in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

DATED: June 25, 2019.

A TRUE BILL:

*[signature]*
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: *[signature]*
NICHOLAS J. HERNANDEZ
Assistant U.S. Attorney